April 4, 2013

**Via ECF Filing**

The Honorable Frederic Block
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

                RE:    *United States v. Orlando, et al.*

                        07 Cr. 00854 (FB)

Dear Judge Block:

      We represent Philip Orlando in the above-referenced matter.

      On behalf of Mr. Orlando, we have been in contact with the U.S. Probation Department, Probation Officer Jaime L. Turton.  In the course of those conversations, we learned that the Probation Department has victim impact statements and other documents pertaining to loss that the Department is using in preparing the Pre-Sentencing Investigative Report.  We asked to be provided with this underlying documentation and were informed that a court order was necessary.

      Accordingly, we write to ask that the Court direct Probation to provide us with the documents in their possession pertaining to loss in this matter.  I have discussed this application with the assigned Assistant United States Attorney, Ilene Jaroslaw, who has no objection.

      Thank you for your consideration.

                                  Respectfully submitted,

                                  */s/ Michael P. Bowen*

                                  Michael P. Bowen
                                  MB-5443
                                  mbowen@kasowitz.com

The Honorable Frederic Block
April 4, 2013
Page 2

Copied (via email):
      Ilene Jaroslaw, Asst. U.S. Attorney
      Alan Vinegrad, attorney for Anthony Orlando
      U.S. Probation Officer Jaime L. Turton